IN THE UNITED STATES DISTRICT COURT OF KANSAS

Quinn Ngiendo,
**Pro se Plantiff**

Versus

Sedwick Claims Management Services, Inc.,
Target Corporation, Inc., Donald P. Pipino Company, Ltd,
Simon Property Group, Inc.,
**Defendants**

) JUROR DEMAND BY
) PLANTIFF
) Case Type: Personal Injury
) Civil Case No. 13-4008-JAR-JPO
)
)
) DIVERSITY PREMISES
) LIABILITY TORT
)
)

# INTRODUCTION

1. (A). My name is Quinn Ngiendo addresses C/o General Delivery, Minneapolis, Minnesota, Zip Code 55440 and is plaintiff in above captioned action residing in the State Minnesota. Plaintiff was a visitor back in Topeka, Kansas at the time of incident on January 19, 2011 and has been a long time Target shopper.

(B). Defendant(s) **No.1** are insurers to action namely Sedgwick Claims Management Services, Inc. C/o The Corporation Trust Company, 1209 Orange St., Wilmington, Delaware, Zip Code 19801 herein referred to as Sedgwick's Corporate Agents as per SOS Delaware records. Sedgwick's Address No.2 is Sedgwick Claims Management Services, Inc. P. O. Box 14516, Lexington, KY 40512 and is insurers to defendant(s) Target Corporation, Inc. whose Corporate Offices is in Minneapolis, Minnesota. Defendant(s) **No. 2** is Target Corporation, Inc. Corporate addresses at 1000 Nicollet Mall, **TPS-2672**, Minneapolis, Minnesota, Zip Code 55403 and are an active Corporation under the laws of the State of Minnesota founded in 2/11/1902 as per SOS Minnesota. Defendant(s) **No. 3** is Donald P. Pipino Company, Ltd, C/o Mary Pipino Demaiolo herein referred to as Pipino's Corporate Agent-President whose address No.1 discovery reveals as 7600 Market Street, Boardman, Ohio, Zip Code 44512 and is its Corporate Headquarters. Also as per SOS Ohio, Business Records indicates a secondary address for this Donald P. Pipino Company, Ltd as 7600 Market Street, Youngstown, Ohio, Zip Code 44513 and is a true active and existing Corporation under the laws of the State of Ohio whose filing dates originates 05/31/2008 and are Insurers to Simon Property Group, Inc. Defendant(s) **No. 4** are Simon Property Group, Inc. aka Simon Malls C/o The Corporation Trust Company, addresses Corporation Trust Center 1209 Orange St. Wilmington, Delaware, Zip Code 19801 herein referred to as Simon's Corporate Agents and is also an active existing Corporation whose original Domestic State of incorporation records indicate as the State of Delaware, this defendant records also indicate as a foreign Corporation under the laws of the State of Indiana where its business operations is headquartered with addresses as C/o Corporate Paralegal, addresses 225 W. Washington Street, Indianapolis, Indiana, Zip Code 46204 herein referred to as Simon, Indiana, Corporate Agents.

Quinn Ngiendo versus Target Corp, Inc.(insured), Simon Property Group, Inc. (insured), Sedgwick Claims Management Services, Inc. (insurer), Donald P. Pipino Company Ltd (insurer)/Case File Number..........................

(C). **BACKGROUND:-** On January 19, 2011 at about 11:30 am, I Plaintiff went to defendant Target's store as a patron. This Defendant's diversity store is situated on addresses 2120 Southwest Wanamaker Road, Topeka, Kansas, Zip Code 66614 and is where Plaintiff suffered a catastrophic very bad slip and fall on an icy neglected wintery condition leaving me with very bad injuries now upgraded to permanent disabilities as of trial. The injury site was identified by store's employee as "outside sidewalk/Just to the Right/North of Cart Corral" (hereafter "injury site"). Both Defendant(s) Simon Property, Inc. & Target Corp, Inc., herein referred to as West Ridge Plaza Owners and the store respectively, negligently ignored a bad snowy condition on Target's store property frequented by customers, and that defendants owes to its patrons including Plaintiff a duty of care to have foreseen a circumstance of slip and fall happening on a wintery icy condition on their properties, and prevented such by removing and treating such a bad condition on property, and that furthermore these were changes of weather days the winter days they were well aware of and anticipated possibilities of snow or flurries that could have caused store patron a bad slip and fall if condition was left un-removed and untreated for such wintery weather. Plaintiff slipped and fell at the injury site landing viciously hard on her buttocks and then injuring the rest of her body when an approximately 50 pounds load of a tote she was carrying onto her side, jerked-torn from her shoulders and falling back onto her body crushing it and her chest areas that she suffers to this dates, severe pains to ribs including at the moment of composure of this complaint and must continue chronic pains treatments therapy.

(D). **INJURIES: -** As of time of this trial, Plaintiff suffers chronic pains in totality bodily trauma disability including untreatable fibromyalgia in multiplicity complications outcome. Inclusive are lumbar Degenerative Disc Disorders; Thoracic degenerative disc disorders, Degenerative joint Disorders; Cervical degenerative disc diseases and balance disorders (vertigo) disabilities. Plaintiff's bodily injuries sites viciously impacted by the slip and fall are her *spine, nerves; brain; buttocks; coccyx; pubis; hip; legs; feet; sciatic nerve; multiple intervertebral discs of the spine; facet joints; lumbar; neck; thorax; knees; shoulders; hands; ribs; bladder; musculoskeletal; bowel/gastrointestinal (Chronic Paralytic ileus), intervertebral foramina.* Plaintiff suffers pain and mental turmoil including aggravated Major Depression with worsened symptoms of chronic suicide ideations as to pains and suffering one day even prompting an Emergency Room (hereafter "ER") Doctor's crisis intervention action of a psychiatry hold/lockdown of Plaintiff pending psychiatry evaluation and had to be released only by a psychiatrist who knows her. Plaintiff expressed to ER doctors does not see hope of healing of her injuries and was frustrated only being prescribed analgesic and NSAID's drugs including low doses of narcotics that did not take pains away for her and stated felt like hanging herself with a bed sheet in Emergency Room so that the Doctors could deal with it. Before the doctor's decision on aggressive spinal treatment procedures, plaintiff had to endure pains only manageable by controlled first line of treatments analgesic drugs including various

several narcotics that did not work well for her leaving her suffer a lot of pain and mental turmoil as to degenerative disc disorders, cervical degenerative disc diseases and degenerative joint disease's debilitating injuries. Doctor's too careful not to rush into the aggressive spinal treatment procedures, wanted Plaintiff to tolerate the first line of treatment of taking NSAID's, analgesic drugs along with physical therapy as to risk involved with the spinal treatments procedures that could have caused severe permanent damages to the spine and for the rest of her life. Plaintiff's injuries are enormous including calcification bone spurs; Schmorl's nodes (herniation of intervertebral disc through vertebral body end-plate) of the lumbar spine and must be treated by complex procedures and surgeries including those treatment of the future as follows foraminotomy; facetectomy; intervertebral disc arthroplasty; laminotomy; intervertebral disc annuloplasty; lumbar interbody fusion for Schmorl's nodes conditions; laminectomy for bone spurs/calcification removals; bone fusions; percutaneous endoscopic discectomy for disc bulges. Plaintiff's post head injury balance disorders vertigo associated also requires complex treatments that her neuropsychologist has recommended to her Vestibular Rehabilitation Therapist (VRT) as a first line of treatment for this condition. Below is an illustrated future treatments Plaintiff will need:-

| INJURY TYPE/BODILY PART | FUTURE SURGICALS & PROCEDURES | CURRENT TREATMENTS |
|---|---|---|
| Bone Spurs, bulges, osteoarthritis | Laminotomy Surgery | None for spurs; analgesic/NSAIDs drugs; pool therapy |
| Balance Disorders - vertigo (post head Injury) | Physical Therapy | None, Vestibular Rehabilitation Therapist Order Pending |
| Right Hip, Knees and Degenerative joint diseases | Arthroplasty | Neuromuscular blockers drugs; analgesic/NSAIDs drugs; Pool & Physical therapies; anti-depressants |
| Lumbar & nerve root | Facetectomy | Epidural Injections; neuromuscular blockers drugs; analgesic/NSAIDs drugs; Pool & Physical therapies; anti-depressants; peripheral neuropathy drugs |
| Multiple Intervertebral disc bulges | Annuloplasty | Epidural Injections; neuromuscular blockers drugs; analgesic/NSAIDs drugs; Pool & Physical therapies; anti-depressants; |

Quinn Ngiendo versus Target Corp, Inc.(insured), Simon Property Group, Inc. (insured), Sedgwick Claims Management Services, Inc. (insurer), Donald P. Pipino Company Ltd (insurer)/Case File Number………………………

| | | |
|---|---|---|
| | | peripheral neuropathy drugs |
| Degenerative disc diseases, Multilevel Schmorl nodes | Spinal fusion/ interbody fusion | Epidural Injections; neuromuscular blockers drugs; analgesic/NSAIDs drugs; Pool & Physical therapies; anti-depressants |
| Mild Front-back foraminal narrowing at L4, L5, S1 levels & future chronic degenerative changes | Foraminotomy | Epidural Injections; neuromuscular blockers drugs; analgesic/NSAIDs drugs; Pool & Physical therapies; anti-depressants; peripheral neuropathy drugs |
| Herniated discs caused by bone spurs | Discectomy | Epidural Injections, muscle relaxants; pool therapy; pain drugs |
| (Neck) Loss of normal cervical lordosis (curvature) & Chronic headaches<br><br>(Cervical degenerative disc diseases) | Physical Therapy & Cervical Injections as to whiplash like trauma fall/future Cervical Spine Manipulation | Crisis Headache management (ER Services as needed); neuromuscular blockers drugs; analgesic/NSAIDs drugs; Pool & Physical therapies; anti-depressants; peripheral neuropathy drugs, spine specialist consults |
| Fibromyalgia | **UNTREATABLE CONDITION** | Pool Therapy; Narcotics; analgesic/NSAIDs drugs, neuromuscular blockers drugs; anti-depressants, Selective Serotonin–norepinephrine reuptake inhibitors Drugs & analgesic |
| Chronic Paralytic ileus/Bowels Hypomotility | Future Consult with Spine specialist & Gastroenterologist as to Thoracic spine _**"physiologic degree of degenerative"**_ per imaging diagnoses by Kansas Orthopedic & Sports Medicine. | Laxative & flatulence Drugs, ER Crisis Intervention |
| Thoracic spine/degenerative changes | Consult with Spine Specialist | Trigger-point Injections (neuromuscular blockers drugs, anti-depressants, analgesic/NSAIDs drugs, Pool Therapy |

| | | |
|---|---|---|
| Aggravated/cumulative Posttraumatic stress disorder as to exposure to snowy or wintery icy conditions (**extreme anxiety and most recent intense aversion to snow**) | Continuance Psychiatry Consult & evaluation until condition resolves and Plaintiff is comfortable being exposed to icy condition again, also will relocate to year-round dry land | UNKNOWN |
| Cumulative Major Depressive Disorders | Psychiatry Consult until injuries resolve | Selective Serotonin reuptake inhibitors & Selective Serotonin–norepinephrine reuptake inhibitors Drugs (**Drugs Effexor & Celexa**) |
| Somatosensory system neuropathic pains | UNKNOWN | Selective Serotonin–norepinephrine reuptake inhibitors Drugs & analgesic (**Drugs Lyrica & Gabapentin**) |
| Symphysis Pubis Dysfunction | UNKNOWN | Physical Therapy, Narcotics; analgesic/NSAIDs drugs, neuromuscular blockers drugs; anti-depressants |
| Coccydynia pains | UNKNOWN | Physical Therapy, Narcotics; analgesic/NSAIDs drugs, neuromuscular blockers drugs; anti-depressants |

**(E). LIABILITY:-** As soon as I notified defendant Target Corp. Inc. on that Wanamaker Road location where slip and fall happened, employee created a report and instructed Plaintiff to call their Target Corp. Inc. Corporate offices in Minneapolis and someone will speak with her further on the injury and Defendant Sedgwick Claims Management Services, Inc. was assigned case as insurers for Target Corp. Inc. whom even assigned Plaintiff a claim number **000868025** and a claims Manager by the names M/s. Amanda Vandermause whom Plaintiff spoke with back and forth several times on the matter. But initially Defendant Target Corp, Inc.'s employee on the scene who created accident report started accusing Defendant Simon Property Group, Inc. as being responsible for maintaining their Target's store property's sidewalk where incident happened stating defendant Target Corp, Inc. rented at this property location, a strip mall famously known as "West Ridge Plaza" by the Wanamaker Road, Target store employee persistently defensive even calls up security worker for Defendant Simon Property Group, Inc. whom he states also owns and manages another bigger mall across the road also known as "Simon Malls" and whom comes to the scene and asserts her boss defendant Simon

Property Group, Inc. only manages condition related to the parking lot at the subject West Ridge Plaza asserting to Target store employee their responsibility since injury happened right on their property that they are supposed to have maintained its conditions and was an injury site a few feet away from the Target store's main entrances. Defendant Sedgwick Claims Management Services, Inc. also turns against the claim stating defendant Simon Property Group, Inc. is responsible for maintaining its client Target Corp. Inc. property's sidewalk where Plaintiff's injury occurred after investigating situation and refers me to Defendant Simon Property Group, Inc. and whom contacted me with their claims manager defendant Donald P. Pipino Company Ltd after I sent them a letter of intent to file a lawsuit. Defendant Donald P. Pipino (hereafter "Pipino") also turns against the claim telling me after investigations, they assert defendant Target Corp, Inc. is responsible for the condition on their property's side walk and declines to process claim referring me back to Target and their Insurers.

(F). Your Honorable Juror and your Honor, Plaintiff went through and continues going through a very rough time both physically and emotional nursing her injuries, and that as of trial, Plaintiff under various physicians and specialists cares as follows: <u>Family Practice Physician; Neurologists; Orthopedics Medicine; Radiologists; Physiotherapists; Pain Medicine; Crisis Intervention & Emergency Medicine cares; Podiatrist; Psychiatrists; Neuropsychologist; Rheumatology (arthritis care)</u> and others. Plaintiff right now under the following non-surgical treatments and continued diagnostic tools cares as follows, <u>Epidural injections to the lumbar and now the cervical one; analgesic drugs; NSAID drugs; lumbar corset; transcutaneous electrical nerve stimulation (TENS); electromyogram (EMG); trigger-points injection; acupuncture (pended orders); facet joint injections (pended orders); anesthesia; anti-depressants; neuropsychology tests; physical therapy; pool therapy; blood works; labs works including for detections of liver function after prolonged pain management medications exposure; Imaging including CT scans; MRI's and X-rays.</u>

(G). **LOST OF ENJOYMENT OF LIFE DAMAGES:** - Plaintiff cannot make use of her back like she used to, including for sexual benefits reproduction and gestation to bear her first child at ages 40 years, with prolonged back-pain sufferers speculating Plaintiff's injuries damages, a lifetime complications with some stating have been doing 22 years of agony with a back injury from a simple fall accident. Plaintiff is educated about her injuries and aware of procedures that her injuries menacingly requires several invasive risk taking major surgeries and procedures as discussed herein in paragraphs D and its table contents, and that in order for her to enjoy good quality of life again, these invasive surgical procedures the only way out given her multiplicity degenerative discs/joint diseases, Plaintiff aware multiple disc bulges with grown bone spurs and Schmorl's

nodes will one day prematurely degenerate her causing protrusions, raptures and spillage of the annulus fibrosus contents the nucleus pulposus into the spine requiring for continuous risky undertaking major surgeries to correct situation, others are facet joints degeneration improvable by procedures like arthroplasty, Schmorl's nodes and bone spurs complications as a result of such injuries, must also be removed by way of future major reconstructive surgeries to alleviate worsening symptoms of degeneration including removal of the facet joint bones affected and replacing them by way of arthroplasty procedures earlier discussed. To this dates, Plaintiff must be put on steroid injections continuously to cope with excruciating neck and lumbar pains disabilities as a result of such injuries and that Plaintiff being severely mentally worn out, decides to bring this action against defendant(s) in several for this Honorable Court your Honorable Juror and your Honor to determine who is at liability as Plaintiff is too injured and struggles with pains and does not want to be caught up in an argument as to who did not maintain condition that caused her to slip and fall causing her severe bodily injuries and that one of the mind.

2. (A). **DEMAND:** - Wherefore Plaintiff demands a Judgment against defendant(s) in un-liquidated amounts in excess of $75,000 along with punitive measures, interests, costs and disbursements. Plaintiff also demands alongside a Judgment against defendants for future damages not limited to pain and sufferings including medical expenses with exhibits to be discoverable that Plaintiff will require major future reconstructive treatments and surgeries. Plaintiff bases her punitive measures demand argument against defendant(s) that they were not only negligent not to remove a bad condition from property that caused Plaintiff a bad slip and fall, they were also negligently insensitive to physically handicapped patrons installing enough handicap and wheelchair ramped sidewalks linking this strip Mall with public transportation or the public sidewalk, and that Plaintiff has disturbing images in photographs she took of this West Ridge Plaza owned and maintained by Simon Property Group, Inc. that it did not even foresee and anticipated possibilities of the Mall's physically handicapped patrons on wheelchair, walkers and others needing **convenient** access ramped sidewalks linking to Public Transportation or public sidewalks and construct such as appropriate. Plaintiff also seeks in demand Judgment that Defendant(s) Simon Group, Inc. be ordered to construct enough ramps on all its properties sidewalks including the strip mall where incident happened so as to link physically disabled patrons with ease to public transportation areas or public sidewalks. Plaintiff also seeks a Court Order Judgment demand against defendant(s) to provide **involuntary non-tax exempt** donation support to twelve charities entities of homeless shelters, charity hospitals/clinics, food services, Churches organizations in the amounts not less than nor greater than $75,000 each for nursing/caring for Plaintiff with very complexes and difficult medical conditions of a bad

lumbar radiculopathy, degenerative joint diseases, degenerative discs diseases and others as detailed herein, caused her by their reckless negligence failures to remove a bad condition on their property and that these shelters and food services providers, provided Plaintiff with the necessities of daily living when she could not with injuries; free homeless health skilled nursing; support system (mental health, transportation to hospital and treatments, ambulatory accessories and adaptive devices of wheelchair, clutches, walker and cane all standby, extended accommodations, drug purchase and etcetera) and using their only little donations resources to ensure Plaintiff's comfort while injured in their cares. Plaintiff asserts businesses that are not sensitive to handicap shoppers might as well not be sensitive to store or strip mall patrons thereby neglecting a bad condition causing a bad slip and fall injuries, Plaintiff's hips from how she slipped and fell, is a major reconstructive surgery awaiting added to her knees that have been weakened overtime by such injuries and were bodily parts severely strained injured acting as shock absorbers trying to resist the slip and fall. Also after the injuries, icy conditions now scares plaintiff so severely that she has developed post fall trauma stress cumulatively aka Posttraumatic Stress Disorders, a severe ongoing and future complications as to injury thereby causing Plaintiff retreat from all outdoor winter activities including those she used to leisure or hobby like skiing.

**(B).** I certify above information and statements true to the best of my knowledge and pray your Honorable Juror and your Honor granted me a Judgment as a tortured person by these injuries and that even injections to alleviate such injuries are very painful and torturing especially when they are administered into sensitive areas of the body like a human's back and that nothing eases the complications and that receiving injection treatments relief of all kind including that one of the spinal procedures epidurals, causes Plaintiff a lot of pain and suffering until the procedure is done and a severity anxiety neurosis including panic attacks as to outcome and that these injuries related spinal procedures also can cause other severe complications when treatments did not go very well and are all discoverable by this Court your Honorable Juror and Honor that it is a risk taking recommended non-surgical treatments approach in place for such severe injuries involving the back, neck and spine's structure, and that just the words injections to the back, spine, neck and nape are torturing words before those injections are even administered that a doctor tells me they will space them out at a time, meaning I must repeatedly keep getting them and the only way to alleviate injury and pains long term versus prolonged analgesic drug benefit treatments including the NSAIDs that could cause liver damages that Plaintiff has had several blood works for her liver function since injury that she has taken the following analgesic and NSAIDs drugs prolonged:- Indomethacin; Naproxen Sodium; diclofenac sodium; ibuprofen; flexeril; Etodolac; narcotics; Excedrin; acetaminophen and others. A pain Doctor Specialist administering

trigger point injections (injectable muscle relaxants), even tells me I have to stay still as he locates the trigger points on my back to be injected as he does not want to poke me in the lungs!. He tells me he has located eight locations on the entire back that needs a total of eight powerful extended release muscle relaxant injections aka trigger-point injections, and of which am finally overwhelmed with joy that I can now sleep pain free after the procedure as the powerful muscle spasms trying to protect the spine as to injury was even discovered on my C-spine MRI's as contributory injury to my neck disabilities that even lost its normal lordosis as to the volatile massive spasms, a condition that disfigures the back and neck's normal shaping or curvatures again only correctable by way of complex physical therapy. And that Plaintiff is very anxious as to what the Physicians will do to her white matter changes in her brain captured by the MRI's as she has not been informed yet of the next course of such treatments whether major surgical will be involved and that pain, suffering and anxiety plaintiff must continually and painfully endure.

(C). **OTHER PRAYER:** I prayed your Honorable Juror and your Honor granted me Judgment in its entity demand, and that this was a very bad injury that Plaintiff walks and performs on injections steroids and pain medications as detailed in the table contents above and that without them, she is equivalent to a physically disabled person on a wheelchair wearing along a cervical brace as to chronicity debilitating conditions of lumbar Degenerative discs disorder; facet joint degenerative disorder; cervical degenerative disc disorder and the balance disorders with twisting, turning, moving and bending so severely debilitating and wish I would never have to turn around my body in any angle nor bend and only do so on a combination of spinal procedures injections, physical therapy rehabilitation and pain medications. Looking down or under causes me severe stress in vertigo causing balance disorders as to surroundings and objects and are episodes that happen without warning especially with activities that involves looking under or bending a little longer causing plaintiff's life miserable as to multiplicity conditions. Plaintiff's jerking of neck and sudden volatile movant of her head in the fall accident also continually causes her chronic severe headaches that physicians believes originates from her impacted cervical injuries from the slip and fall.

**Address Number 2.** Signature: ...*[signature]*...
Names: Quinn Ngiendo (reliable addresses)
Address: C/o General Delivery
**Minneapolis, MN 55440**
**Address Number 2.** Quinn Ngiendo
C/o Salvation Army Harbor Lights-Sally's **(unusual abode)**
1010 Currie Avenue N
**Minneapolis, MN 55403**

Subscribed and sworn to, before me, a notary public/Court Clerk this *January* day, *1*, *2013*
Public Notary /Court Clerk Stamp & signature here/or below:

*[signature: Joyce L. Daley]*

Joyce L. Daley
Notary Public - Minnesota
My Commission Expires Jan 31, 2015

9 of 9  Quinn Ngiendo versus Target Corp, Inc.(insured), Simon Property Group, Inc. (insured), Sedgwick Claims Management Services, Inc. (insurer), Donald P. Pipino Company Ltd (insurer)/Case File Number............................